ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOEL FRAUSTO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:26-cv-04436-SKO<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 14) |

Defendant respectfully moves for an extension of thirty-five (35) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of October 13, 2026 to the new date of November 17, 2026. Plaintiff's counsel was contacted and indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

response. Given competing workload requirements including multiple briefs due this week and being out of the office due to the illness of my child an extension until November 17, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. Counsel will also be out of the office from Nov. 5-11. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: October 7, 2026 By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

Pena and Bromberg, PC

DATE: October 7, 2026 By: *s/ Jonathan Omar Pena*
Jonathan Omar Pena
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to Defendant's stipulated Motion (Doc. 14), IT IS SO ORDERED that Defendant shall have an extension, up to and including **November 17, 2026**, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Scheduling Order (Doc. 4) are enlarged accordingly.

IT IS SO ORDERED.

Dated: **October 8, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE